ACCEPTED
03-15-00079-CR
5704504
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 8:44:29 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00079-CR

| | | |
|---|---|---|
| **DAVID KENT THACKER, JR.** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 8:44:29 AM
JEFFREY D. KYLE
Clerk

## STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 40 days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was convicted by a jury of the offense of Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense. The offense was thereby enhanced from a third-degree felony to habitual, and Appellant received a life sentence on January 28, 2015. Appellant's brief was filed on April 17, 2015. The State's brief is currently due on June 17, 2015.

II.

I am handling the appeal for the State in this case. I had a contested expunction hearing on May 21st. I attended an appellate law conference in Austin over three days at the end May, and I sat second chair for oral argument in 03-14-00669-CR on June 3, 2015. I also helped review and file another attorney's brief in

1

03-14-00192-CR. I have had several expunctions and nondisclosures to review and answer, including an unexpected acquittal expunction brought to my attention on short notice. I worked through this past weekend to file the State's brief before midnight on June 15th in cause number 03-14-00407-CR. I have begun working on the State's brief in 03-14-00639-CR, and immediately after finishing that brief, I will need to complete the State's brief in 03-14-00818-CR. Because of the foregoing, I have not yet been able to work on a response, and respectfully request an extension of 40 days to file the State's brief in the instant cause. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 40 days, until July 27, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant DAVID KENT THACKER, JR.'s attorney in this matter:

Gerald C. Moton
11765 West Avenue, PMB 248
Austin, TX 78216
motongerald32@gmail.com
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 17th day of June, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**